LAW LIBRARY
NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

NO. 30305

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
MARK C. DEVENOT, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-CR NO. 09-1-0121K)

JEAN R. KIKUMOTO
CLERK, APPELLATE COURTS
STATE OF HAWAI'I

2010 APR 16 PM 12:49

FILED

ORDER DISMISSING APPEAL
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon consideration of Defendant-Appellant Mark C. Devenot's Notice of Withdrawal of Appeal, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the Notice of Withdrawal of Appeal is approved, and this appeal is dismissed.

DATED: Honolulu, Hawai'i, April 16, 2010.

Chief Judge

Associate Judge

Associate Judge